1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Dolores Flores
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 DOLORES FLORES,                    )  Case No.: CV 11-10714-MAN
11                                     )
                                       )  ~~[PROPOSED]~~ ORDER AWARDING
                 Plaintiff,            )  EQUAL ACCESS TO JUSTICE ACT
12                                     )  ATTORNEY FEES AND EXPENSES
           vs.                         )  PURSUANT TO 28 U.S.C. § 2412(d)
13 CAROLYN W. COLVIN,[1] Acting        )  AND COSTS PURSUANT TO 28
   Commissioner of Social Security,    )  U.S.C. § 1920
14                                     )
                                       )
15               Defendant             )
                                       )
16 ─────────────────────────────────────

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $4,500.00, as

   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
21 DATE: March 11, 2013            *Margaret A. Nagle*
22                            ─────────────────────────────
                                  MARGARET A. NAGLE
23                            UNITED STATES MAGISTRATE JUDGE

24 ──────────────────────
   [1]    Carolyn W. Colvin became the Acting Commissioner of the Social Security
25 Administration on February 14, 2013, and is substituted in place of former
   Commissioner Michael J. Astrue as the defendant in this action. (*See* Fed. R. Civ.
26 P. 25(d).)

                              -1-